NO JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTRON ELECTRONICS CO., INC., a Pennsylvania corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>PASS & SEYMOUR, INC.; AH LIGHTING; BIG DEAL ELECTRIC CORP; AMERICAN TOP ELECTRIC CORP; WESTGATE MANUFACTURING CO.; ELEMENTAL LED, LLC; and DIODE LED,<br><br>          Defendants. | Case No. SACV 11-748 JST(MLGx)<br><br>The Honorable Josephine Staton Tucker<br><br>**CONSENT JUDGMENT** |

Plaintiff, Lutron Electronics Co., Inc. ("Lutron") and Defendant Elemental LED, LLC d/b/a Diode LED ("Elemental LED") having agreed to compromise and settle this action and having entered into a stipulation for a Permanent Injunction, Consent Judgment and Dismissal With Prejudice:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Elemental LED is a company in the business, among other things, of manufacturing, importing into the United States, and/or selling in the United States after importation Lighting Control Devices including Dimmer Switches and Parts Thereof covered by one or more claims of Lutron's U.S. Patent No. 5,637,930, including, but not limited to, dimmers having the substantial appearance depicted in: (1) Figure 7 of the Complaint in ITC Inv. No. 337-TA-776 filed by Lutron Electronics Co., Inc., dated May 16, 2011, ("ITC Complaint") and/or Exh.'s 9S, 9T, 17B or 18; or (2) Exh. 8 to the ITC Complaint (the "Accused Products"). The Accused Products include, but are not limited to: (1) REIGN Rocker Slide 12 V Dimmer Switch (Model EL-WDRS12V); and (2) the Diode LED Reign Rocker Slide 12 V dimmer switch (Model DI-RRSW), respectively. The (1) REIGN Button Slide 12 V Dimmer Switch (Model EL-WDBS12V), REIGN Full Slide 12 V Dimmer Switch (EL-WDFS12V), and REIGN Touch Dimmer Dimmer Switch (12 V EL-TOUCHDIM), as depicted in Exh. 17B to the ITC Complaint; and the (2) Diode LED Reign Button Slide (DI-RBSW) and Diode LED Reign Full Slide (DI-RFSW), as depicted in Exh. 8 to the ITC Complaint, do not infringe the '930 patent.

2. Lutron owns and has standing to sue for infringement of United States Patent No. 5,637,930 (the "Lutron U.S. Patent").

3. The Lutron U.S. Patent is valid and enforceable against Elemental LED.

4. Elemental LED's manufacturing, importation into the United States, and/or sale within the Unites states after importation of Accused Products infringes at least the claims of the Lutron U.S. Patent set forth in the table below:

//
//

| Representative Imported Accused Products | Asserted Claims of U.S. Pat. No. 5,637,930 |
|---|---|
| REIGN Rocker Slide 12 V Dimmer Switch (Model EL-WDRS12V)<br><br>Diode LED Reign Rocker Slide 12 V Dimmer Switch (Model DI-RRSW)<br><br>(Other designations: REIGN Rocker Slide Dimmer; Diode LED dimmer switch; DI-RRSW) | 36, 38, 47, 58, 65, 67, 76, 87, 94, 96, 105, 116, 178, 180, 189, and 197 |

5. The Court has personal jurisdiction over Lutron and Elemental LED. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). Service of process was properly made against Elemental LED.

6. This Court hereby permanently enjoins Elemental LED and its officers, directors, successors or assigns, together with any corporation or other business entity or individual that directly or indirectly controls, is controlled by, or is under common control with Elemental LED as well as those persons or companies in active concert or participation with the foregoing who receive actual notice of the order by personal service or otherwise from making, using, selling, offering for sale or importing into the United States the Accused Products, or variants thereof that infringe any claim of the Lutron U.S. Patent or any other products that infringe any claim of the Lutron U.S. Patent.

//
//
//
//
//
//
//

7. This Stipulated Permanent Injunction, Consent Judgment, and Dismissal With Prejudice shall be binding upon and shall inure to the benefit of Lutron, Elemental LED, as well as each of their respective successors and assigns.

8. Each party shall bear its own fees and costs relating to this action.

DATED: December 15, 2011

By:_____

Hon. Josephine Staton Tucker
United States District Judge
Central District of California

3