# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTRON ELECTRONICS CO., INC., a Pennsylvania corporation,<br><br>          Plaintiff,<br>  v.<br><br>PASS & SEYMOUR, INC.; AH LIGHTING; BIG DEAL ELECTRIC CORP; AMERICAN TOP ELECTRIC CORP; WESTGATE MANUFACTURING CO.; ELEMENTAL LED, LLC; and DIODE LED,<br>          Defendants. | Case No. SACV-11-748-JST(MLGx)<br><br>**CONSENT JUDGMENT** |

Plaintiff, Lutron Electronics Co., Inc. ("Lutron") and Defendant Westgate Mfg., Inc. ("Westgate") having agreed to compromise and settle this action and having entered into a stipulation for a Permanent Injunction, Consent Judgment and Dismissal With Prejudice:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Westgate is in the business, among other things, of manufacturing, importing into, and/or selling in the United States after importation lighting control devices including dimmer switches and parts thereof covered by one or more claims of Lutron's U.S. Patent No. 5,637,930, including, but not limited to, dimmers having the substantial appearance depicted in: (1) Figure 8 of the Complaint in ITC Inv. No. 337-TA-776 filed by Lutron Electronics Co., Inc., dated May 16, 2011, ("ITC Complaint") and/or Exh. 11 C thereto; or (2) Figure 9 to the ITC Complaint and/or Exh. 11 F thereto, or lighting control devices covered by one or more claims of Lutron's U.S. Patent No. 5,248,919 having multiple fade-rate capability (collectively, the "Accused Products"). The Accused Products include, but are not limited to: (1) Westgate Decorator Slide Dimmer Magnetic Low Voltage 120VAC 60 Hz 500VA - Model 56311; UL Model No. TDLV3L (56311); UL Certification File No. E312733 ("WESTGATE Decorator Dimmer 56311"); and (2) Westgate Dimmer 120VAC 60Hz 600W – Model No. LUXDM600-11; Westgate Intelligent dimmer switch; Westgate Smart dimmer switch; UL Certification File No. E250099; UL Model No. LUXDM600 ("WESTGATE Smart Dimmer"), respectively.

2. Lutron owns and has standing to sue for infringement of United States Patent Nos. 5,637,930 and 5,248,919 (the "Lutron U.S. Patents").

3. The Lutron U.S. Patents are valid and enforceable against Westgate.

4. Westgate's importation into the United States, sale for importation, and/or sale within the Unites states after importation of Accused Products infringes at least the claims of the Lutron U.S. Patents set forth in the table below:

| Patents-at-Issue | Westgate Products | |
|---|---|---|
| | WESTGATE Decorator Dimmer 56311 | WESTGATE Smart Dimmer |
| 5,637,930 | 36, 38, 47, 54, 58, 65, 67, 76, 83, 87, 94, 96, 105, 112, 116, 178, 180, 189, 193, and 197 | 36, 39, 40, 41, 53, 54, 56, 58, 60, 65, 68, 69, 70, 82, 83, 85, 87, 89, 94, 97, 98, 99, 111, 112, 114, 116, and 118 |
| 5,248,919 | None | 1, 2, 5, 6, 7, 8, 11, 12, 13, 15, 16, 17, 18, 19, 20, 23, 25, 26, 27, 28, 29, 30, 31, 32, 35, 36, and 38 |

5. The Court has personal jurisdiction over Lutron and Westgate. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). Service of process was properly made against Westgate,

6. This Court hereby permanently enjoins Westgate and its officers, directors, successors or assigns, together with any corporation, other business entity or individual that directly or indirectly controls, is controlled by, or is under common control with Westgate as well as those persons or companies in active concert or participation with the foregoing who receive actual notice of the order by personal service or otherwise from making, using, selling, offering for sale or importing into the United States the Accused Products, or variants thereof that infringe any claim of the Lutron U.S. Patents or any other products that infringe any claim of the Lutron U.S. Patents.

7. This Stipulated Permanent Injunction, Consent Judgment, and Dismissal With Prejudice shall be binding upon and shall inure to the benefit of Lutron, Westgate, as well as each of their respective successors and assigns.

8. Each party shall bear its own fees and costs relating to this action.

DATED: January 25, 2012

By:_____
Hon. Josephine Staton Tucker
United States District Judge