# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTRON ELECTRONICS CO., INC., a Pennsylvania corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>PASS & SEYMOUR, INC.; AH LIGHTING; BIG DEAL ELECTRIC CORP; AMERICAN TOP ELECTRIC CORP; WESTGATE MANUFACTURING CO.; ELEMENTAL LED, LLC; and DIODE LED,<br>　　　　　　　Defendants. | Case No. SACV-11-748-JST(MLGx)<br><br>The Honorable Josephine Staton Tucker<br><br>**CONSENT JUDGMENT** |

Plaintiff, Lutron Electronics Co., Inc. ("Lutron") and Defendant AH Lighting ("AH Lighting") having agreed to compromise and settle this action and having entered into a stipulation for a Permanent Injunction, Consent Judgment and Dismissal With Prejudice:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. AH Lighting is a company in the business, among other things, of importing into the United States and/or selling in the United States after importation Lighting Control Devices including Dimmer Switches and Part Thereof covered by one or more claims of Lutron's U.S. Patent No. 5,637,930, including, but not limited to, dimmers having the substantial appearance depicted in: Figure 5 of the Complaint in ITC Inv. No. 337-TA-776 filed by Lutron Electronics Co., Inc., dated May 16, 2011, ("ITC Complaint") and/or Exh.'s 9H, 9I, or 9J (the "Accused Products"). The Accused Products include, but are not limited to: (1) AH Lighting's 3-Way Sliding 600W and 1000W Dimmers (Model No. SDM3); (2) AH Lighting's Single Pole Sliding 600 W and 1000W Dimmers (Model No. SDM); (3) AH Lighting SA-1; (4) UL Model No. SA-1; (5) or UL Certification No. E225133.

2. Lutron owns and has standing to sue for infringement of United States Patent No. 5,637,930 (the "Lutron U.S. Patent").

3. The Lutron U.S. Patent is valid and enforceable against AH Lighting.

4. AH Lighting's importation into the United States, sale for importation, and/or sale within the Unites states after importation of Accused Products infringes at least the claims of the Lutron U.S. Patent set forth in the table below:

| **Representative Imported Accused Products** | **Asserted Claims of U.S. Pat. No. 5,637,930** |
| --- | --- |
| 3-Way Sliding 600W or 1000W Dimmers (Model No. SDM3)<br><br>Single Pole 600W or 1000W Dimmers (Model No. SDM)<br><br>(Other designations: SDM3; SDM; AH | 36, 38, 47, 54, 58, 65, 67, 76, 83, 87, 94, 96, 105, 112, 116, 178, 180, 189, 193, and 197 |

| | |
|---|---|
| Lighting SA-1; UL Model No. SA-1; UL Certification No. E225133) | |

5. The Court has personal jurisdiction over Lutron and AH Lighting. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). Service of process was properly made against AH Lighting.

6. This Court hereby permanently enjoins AH Lighting and its officers, directors, successors or assigns, together with any corporation or other business entity or individual that directly or indirectly controls, is controlled by, or is under common control with AH Lighting as well as those persons or companies in active concert or participation with the foregoing who receive actual notice of the order by personal service or otherwise from making, using, selling, offering for sale or importing into the United States the Accused Products, or variants thereof that infringe any claim of the Lutron U.S. Patent or any other products that infringe any claim of the Lutron U.S. Patent.

7. This Stipulated Permanent Injunction, Consent Judgment, and Dismissal With Prejudice shall be binding upon and shall inure to the benefit of Lutron, AH Lighting, as well as each of their respective successors and assigns.

8. Each party shall bear its own fees and costs relating to this action.

DATED: January 30, 2012

By:_____

Hon. Josephine Staton Tucker
United States District Judge
Central District of California

2