JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTRON ELECTRONICS CO., INC. a Pennsylvania Corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>PASS & SEYMOUR, INC.;  BIG DEAL ELECTRIC CORP.; AMERICAN TOP ELECTRIC CORP.;  ELEMENTAL LED, LLC and DIODE LED,<br><br>               Defendants. | Case No. SACV11-748-JST(MLGx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |
| PASS & SEYMOUR, INC. ,<br><br>               Counter-claimant,<br><br>     v.<br><br>LUTRON ELECTRONICS CO., INC., a Pennsylvania Corporation,<br><br>               Counter-defendant. | |

[PROPOSED] ORDER

## **ORDER**

Pursuant to the Stipulation filed by the parties, and good cause appearing,

THE COURT HEREBY ORDERS as follows:

1. This action is dismissed with prejudice;
2. Each party shall bear its own legal costs and fees incurred in connection with this action;

Date: December 4, 2012

_____
The Hon. Josephine Staton Tucker